■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMANUEL SANCHEZ, Appellant. [847 NYS2d 893]—Judgment,

Supreme Court, New York County (Jeffrey Atlas, J.), rendered on or about June 22, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Williams and Buckley, JJ.